**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**KISHA LADAWN SEWELL,**

**Defendant.**

**No. 3:26-cr-00173-AB**

**REENTRY COURT VIOLATION REPORT**

You have been found in violation of Reentry Court requirements. Accordingly, the Reentry Court Team imposes the following sanction(s):

✓ *Case continued without further action.*

✓ *Support activities log due to John Suhocki on 8/9/26.*

☐ Other: ______________________________

***All participants are prohibited from using any mind-altering substances, legal or illegal, regardless if marketed for human consumption or not***. All previously-imposed terms and conditions of your probation or supervised release remain in effect, unless expressly noted otherwise.

Your next Reentry Court review date is August 13, 2026, at 1:30 p.m. at the U.S. Courthouse, 1000 S.W. Third Avenue, Portland, Oregon. **Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

Dated this 30th day of July, 2026.

Appeared by videoconference
Defendant

Stacie F. Beckerman
Stacie F. Beckerman
U.S. Magistrate Judge